# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Michael Larson, Counterclaim Defendant | ) |
| *Plaintiff* | ) |
| v. | ) |
| Cassano's Inc., Counterclaim Plaintiff | ) |
| *Defendant* | ) |

Civil Action No.  3:18-cv-00004

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendant Cassano's Inc.'s Motion for Summary Judgment is granted and Plaintiff's claims are dismissed;
Defendant's counterclaims are dismissed without prejudice under 28 U.S.C. § 1367(c)(3); and case is
terminated on the docket of this Court. .

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Sharon L. Ovington _____ on a motion for
Summary Judgment

Date:  6/19/2019
_____

CLERK OF COURT

*Saphia R. Bryan*

Signature of Clerk or Deputy